UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WILLIAM E. SHAFFER, JR.,

        Plaintiff,

        -v-                                           3:25-CV-1587 (AJB/CBF)

DR. PAUL TINSLEY *et al.*,

        Defendants.
_____

**APPEARANCES:**                                      **OF COUNSEL:**

WILLIAM E. SHAFFER, JR.
Plaintiff, Pro Se
326481
Broome County Correctional Facility
P.O. Box 2047
Binghamton, NY 13902-2047

**Hon. Anthony Brindisi, U.S. District Judge:**

### ORDER ON REPORT & RECOMMENDATION

On November 12, 2025, *pro se* plaintiff William E. Shaffer, Jr. ("plaintiff"), an individual in the custody of Broome County, filed this 42 U.S.C. § 1983 action alleging that defendants misdiagnosed the extent to which his thyroid cancer had metastasized. *See* Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. Nos. 2, 3.

On January 23, 2026, U.S. Magistrate Judge Thérèse Wiley Dancks granted plaintiff's IFP Application and advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed with leave to amend. Dkt. No. 5. As Judge Dancks explained, neither of the named defendants could be sued under 42 U.S.C. § 1983 in federal court because neither defendant qualified

as a "state actor" within the meaning of § 1983. *Id*. However, in light of plaintiff's *pro se* status, Judge Dancks determined that he should be given leave to amend his pleading to try to cure this defect and to elaborate on the factual basis of his claims. *See id*.

Plaintiff has not lodged objections, and the time period in which to do so has expired. *See* Dkt. No. 5. Upon review for clear error, the R&R is accepted and will be adopted. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 5) is ACCEPTED;

2. Plaintiff's complaint is DISMISSED with leave to amend;

3. Plaintiff shall have THIRTY DAYS from the date of this Order in which to submit an amended complaint for review;

4. Any amended complaint must conform with the instructions set forth in the R&R;

5. If plaintiff timely files an amended complaint, the Clerk is directed to refer this matter to the assigned magistrate judge[1] for further review and action as appropriate; and

6. If plaintiff does not timely file an amended complaint, the Clerk is directed to enter a judgment dismissing this action without further Order of the Court.

The Clerk of the Court is directed to terminate the pending motion and set the appropriate deadlines.

**IT IS SO ORDERED.**

Dated: February 17, 2026
      Utica, New York.

Anthony J. Brindisi
U.S. District Judge

---

[1] This case has been reassigned to U.S. Magistrate Judge Carla B. Freedman. Dkt. No. 7.